IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WENYING LI, et al.,

        Plaintiffs,

  v.

MICHAEL CHERTOFF, et al.,

        Defendants

No. C-08-3540 MMC

**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

    In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b).

    Accordingly, the parties are hereby DIRECTED to advise the Court, no later than October 10, 2008, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.[1] For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

    **IT IS SO ORDERED.**

Dated: September 29, 2008

                                      MAXINE M. CHESNEY
                                      United States District Judge

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference. Because the instant complaint seeks issuance of a writ of mandamus regarding immigration benefits, a case management conference has not been scheduled. See General Order No. 61.